# BUTZEL LONG
# TIGHE PATTON PLLC
ATTORNEYS AND COUNSELORS

1747 Pennsylvania Avenue N.W. Suite 300
Washington, D.C. 20006
Tel: 202 454 2800
Fax: 202 454 2805
butzeltp.com

William Daniel Sullivan
2024542850
dsullivan@butzeltp.com

Admitted *in* Virginia and
the District of Columbia

OCT 14 2010

October 13, 2010

Hon. Mark J. Langer, Clerk
United States Court of Appeals
 District of Columbia Circuit
United States Courthouse
333 Constitution Avenue, N.W., Room 5523
Washington DC 20001

    Re: *John B. Mann, et al., v. David Castiel, et al.,* Case no 10-7109

Dear Sir:

    I represent Butzel Long Tighe Patton, PLLC, Thomas Patton, Kermit Rosenberg, and Neal Goldfarb. My clients received a copy of the Civil Docketing Statement filed by the appellants, in which my clients were named as appellees.

    My understanding is that my clients are <u>not</u> "appellees." They were named in the complaint that was dismissed by Chief Judge Lamberth, but none of them was ever served, nor did any of them appear voluntarily or otherwise assert a position in the District Court.

    Unless directed by the Court, my clients do not intend to appear in this appeal.

    In order that the judges of this Court may be properly informed of the circumstances, I ask that you circulate this letter to the judges who will hear this appeal, and for that purpose I enclose three additional copies of this letter.

    Thank you for assistance in this matter.

                                                         Respectfully submitted,

                                                         William Daniel Sullivan
                                                         DC Bar No. 958702

cc: **All** persons identified in the Civil Docketing Statement